# United States District Court
## Western District of Wisconsin

DOC NO
REC'D/FILED
2017 MAR 27 AM 9: 58

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

**MS. Emmie Mims**
(Full name of plaintiff[s])

Plaintiff(s),

Case No. 17 C 238 - wmc
(Provided by clerk of court)

v.

The Rodeway Inn and
Suites and Named Insurer unknown unto plaintiff
at this Time, Then Named General manager Jignesh Patel
In Individual and official capacities, and All other
unknown parties unknown at this time.
(Full name of defendant[s])

Defendant(s).

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I.**

**A.** Is there a grievance procedure ████████  YES ☐   NO ☒

**B.** Have you filed a grievance concerning the facts relating to this complaint?
YES ☒   NO ☐

**C.** If you have used the grievance process:

1. Describe what you did and the result, if any. Plaintiff and Care Taker called madison police
Dept. unto Scene (See Report Attached)

2. Is the grievance process completed? _yes_

**D.** If you did not use the grievance process, explain why not.

4/07
P\Forms\42USC1983.Complaint

**II.  PARTIES**

(— pages 1 through 6 —)

A.   Your name (Plaintiff) *Ms. Emmie Mims*

B.   ▮▮▮▮▮▮▮▮▮▮▮

C.   Your address *c/o Roy Mitchell (Daughter) 101 East Mifflin Street Apt. # 804 Madison WI 53703*
     (For additional plaintiffs provide the same information in the same format on a
     separate page.) *The Rodeway Inn & Suites (Owner) unknown*

D.   DEFENDANT (name) *unto plaintiff at Time / Jignesh Patel*

     is employed as *then General Manager / Jignesh Patel*

     at *4845 Hayes Road Madison, WI 53704*

E.   Additional DEFENDANTS (names and positions): *All other Responsible parties unknown at this Time, and Named Insurer Also unknown At this Time*

## III.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court relating to the same facts
     involved in this action?        YES ☐        NO ☑

B.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

C.   If your answer is YES to either of the above questions, provide the following
     requested information.

     1.   Parties to the previous lawsuit

          Plaintiff(s): _____

          _____

          Defendant(s): _____

          _____

     2.   Date filed _____

     3.   Court where case filed (if federal court, name district; if state court, name the



county) _____

4.     Case number and citation _____

5.     Basic claim made _____
       _____

6.     Current status (for example: Was the case dismissed? Was it appealed? Is
       it still pending?) _____
       _____

7.     If resolved, date of disposition _____

8.     If resolved, state whether for _____
                                        (Plaintiff or Defendant)

(For additional cases, provide the above information in the same format on a separate
page.)

IV.    **STATEMENT OF CLAIM**

A.     State as briefly as possible the facts of your case.  Describe how each named
       defendant is involved.  Include the names of other persons involved, dates, and
       places.  Describe specifically the injuries incurred.  Do not give legal arguments or
       cite cases or statutes.  You may do that in Item "B" below.  If you allege related
       claims, number and set forth each claim in a separate paragraph.  Use as much space
       as you need to state the facts.  Attach extra sheets, if necessary.  Unrelated separate
       claims should be raised in a separate civil action.

As Material Factually set forth in Relevantly Vital Attached Exh-
ibit, Please See Attached Madison police Dept. police Report #14-176912
plaintiff Ms. Emmie Mims an "Amputee" wheel chair Bound, legally
Blind Disabled person Accompanied by Care giver and Daughter
Ms. Roy Mitchell then Homeless was given a Voucher by the local Salva-
tion Army "To reside at the Rodeway Inn & Suites an accepting re-
cipient of the Voucher inwhich Also Covered Disabilities Handicap
accessible Accommodation's Accessibilities Rooming and Services
in month of May, 2014 upon plaintiff and her Care giver / Daughter
Arrival at the Rodeway Inn & Suites they were plaintiff and her Daughter
Checked in and Provided Disability Accessibility Accommodation

Complaint Under the Civil Rights Act

( — page 3 of 6 — )

**STATEMENT OF CLAIM continued**

Room number #709 please so see Attached vitally Relevant Exhibit a Room Handicap/Disabled Accommodational Accessible Ready the Salvation Army Voucher provided unto plaintiff and Care giver Covered the Disability Accessibility Accommodational Service, on or Around June 4th 2014 plaintiff and care giver were Summons, unto the Establishments front Desk by then General Manager, Mr. Jignesh Patel and ordered to Pack up belongings for he has decided to relocate US into Room #303 Located in the

Establishment Basement in which required going down Numerous flights of Stairs and or Traveling around the Establishment "U" Shaped parking lot for Accessibility being due unto the fact plaintiff a Wheel-Chair, Bound Amputee in whom is Also medically determined Legally Blind Could not so Access due unto Amputation Condition, in which enabled plaintiff's Access unto the re Assigned Room due unto being wheelChaired Bound which made it impossible for or her to so Access via Stair caseing plaintiff was wheeled Around Establishments "U" Shaped parking lot by Caretaker and Daughter Ms. Roy Mitchell to Access reassigned Room #303 upon Arrival unto Room #303 plaintiff and Care giver Discovered the Room #303 was Not Handicap Accessible bathroom Absordly small as well as Room Making it virtuely impossible for plaintiff to move around in wheelChair as she was so Abled to in Originally Assigned Handicap Accessible Room #709 in which forced plaintiff to crawl out of her wheelchair to Access Bath Room and Bed as so Factually set forth in Attached

Complaint Under the Civil Rights Act

(page 4 of 6 —)                    (Please continue on next page →)

**STATEMENT OF CLAIM continued**

Madison police Dept. Report, plaintiff Care giver repeatedly Complained unto Named Defendant then General manager Mr. Jignesh Patel, and was continuely met with ill-mannered Response and threats of being Kicked out if she continued to complain, Please note and the Named Defendant's records will set forth that From the date of order, to move From Handicap Accessible Room #109 up unto Date of Summons by plainty and Caretaker unto Madison police Dept Room #109 was unoccupied and not Assigned and or in usage by newly Arrival guest roughly a week into being relocunto Room #303 plainty herself being Caregiver was Asleep Attempted to so wheel herself around the "U" Shaped parking Lot of the Establishment to obtain the provided unto All guest Contra mentry Breakfast and was Nearly stuck by a Truck Speeding around the Establishments "U" Shaped Parking lot, Plainty and caregiver at this Time Dec-

B.    State briefly your legal theory or cite appropriate authority.

ided to Summon madison, police.

Plaintiff and Caregiver so bring this Action unto the Court due unto Established (A.D.A) American Disability Act Violations Immorally imposed unto plaintiff a Chronic ly physically Impaired person, very well Known unto named Defendants at the time of (A.D.A) Malicious Deliberately Indifertly, Violatory transgressions and maltreatments unto plaintiff by the named defendants

## V. RELIEF YOU REQUEST

State briefly and exactly what you want the court to do for you. Make no legal arguments.
Do not use this space to state the facts of your claim. Use it only to request remedies for the
injuries you complain about.

Due unto the Undue physical psycholo-
gical, emotionally and mental Hardships
and Anguish plaintiff request relief
monetary Damages in the Amount of
$ 1,000,000.00 and Apologize unto plaintiff
and Daughter MS. Roy Mitchell whom is plaintiff's
Care giver) at time of Infringement's and so Contin-
ues, todate.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 22 day of March , 20 17 .

Signature of Plaintiff(s)

Emma Mims

(If there are multiple plaintiffs, each   must
sign the complaint)



(page 6 of 6 )