IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMMIE MIMS,

    Plaintiff,

v.

    Case No. 17-cv-238-wmc

THE RODEWAY INN AND SUITES,
NAMED INSURER UNKNOWN UNTO
PLAINTIFF AT THIS TIME, JIGNESH
PATEL, AND ALL OTHER UNKNOWN
PARTIES UNKNOWN AT THIS TIME,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |