APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

Estate of Plaintiff Emma Mims,
Plaintiff(s),

File Number 17-CV-238-WMC

v.

Notice of Appeal

The Rodeway Inn & Suites et al,
Defendant(s)

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the ___7th___ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _20_ day of _March_, _2019_

(s) Estate of Emma Mims
Attorney for _____
Email Address: lisamitchell626@gmail.com

* See Rule 3(c) for permissible ways of identifying appellants.